■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS LOVELACE, Appellant. [832 NYS2d 439]—

Appeal by the defendant from an order of the Supreme Court, Richmond County (Rienzi, J.), dated May 27, 2005, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination to designate him a level three sex offender is supported by clear and convincing evidence, including, inter alia, the complainant's grand jury testimony and other "reliable hearsay evidence" (Correction Law § 168-n [3]; *see People v Davis,* 26 AD3d 364 [2006]; *People v Awalt,* 17 AD3d 336 [2005]; *People v Thomas,* 300 AD2d 379 [2002]). In determining the defendant's total risk factor score, the Supreme Court was not limited to the single charge of sexual abuse in the first degree to which the defendant pleaded guilty (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 5 [1997 ed]), but could also consider other relevant facts supported by clear and convincing evidence (*see People v Saleemi,* 186 Misc 2d 177, 180 [2000]). Spolzino, J.P., Goldstein, Fisher and McCarthy, JJ., concur.